UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDELL JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-0606 DAD AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed January 3, 2023, plaintiff's complaint was screened and he was given the option to proceed immediately on his cognizable claims against defendants Jennings and Reberterano or to amend the complaint. ECF No. 12. Plaintiff has now notified the court that he would like to amend the complaint.[1] ECF No. 16.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the January 3, 2023 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be

---

[1] The court notes that plaintiff failed to sign the notice. ECF No. 16. Plaintiff is cautioned that he is required to sign all filings and failure to do so will result in them being stricken from the record. See Fed. R. Civ. P. 11(a).

1

recommended that all claims against defendants Jennings and Reberterano except for the Eighth Amendment claim based upon their response to plaintiff's overdose and all claims against Diaz, Moseley, Hall, Cahayla, Carrillo, Pagan, O'Connor, Huston, Albin, Mejia, Montero, Lee, Sanders, Lopez, Hinojosa, Foster, and Schubert be dismissed without prejudice.

    2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: January 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE