UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDELL JOHNSON, | No. 2:22-cv-0606 DAD AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| RALPH DIAZ, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion in which he appears to seek clarification regarding when he is supposed to submit his settlement conference statement. ECF No. 30. No settlement conference has yet been set, so statements are not yet due. If defendants do not request leave to opt out of the Early ADR Project, a date for the settlement conference will be set and plaintiff will be notified of that date. Plaintiff will then need to mail his settlement conference statement to the court so that it arrives at least seven days before the settlement conference is scheduled. Plaintiff's additional request for the court to send copies of unspecified documents to non-parties will be denied.

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (ECF
2 No. 30) is GRANTED to the extent clarification has been provided above and is otherwise
3 DENIED.
4 DATED: July 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE