IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDELL JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00606-DAD-AC<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief to continue the presently set September 26, 2023 settlement conference, and continue the stay by 90-days, is granted. The settlement conference is continued to December 5, 2023 at 10:00 a.m.

Dated:  September 13, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1